UNITED STATES of America, Appellant, v. Musetta M. LIBBY, Individually and as Administratrix de bonis non of the Estate of Elmer E. Libby, Deceased, Appellee.

No. 9025.

Circuit Court of Appeals, Ninth Circuit.

Nov. 7, 1938.

J. Charles Dennis, U. S. Atty., F. A. Pellegrini, Asst. U. S. Atty., and George R. Stuntz, Atty. Dept. of Justice, all of Washington, D. C.

Wettrick, Flood & O'Brien, of Seattle, Wash., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.